IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: _____ |
| v. | : | DATE FILED: _____ |
| JUDE L. DENIS | : | VIOLATIONS:<br>18 U.S.C. § 1030(a)(2)(C) |
| | : | (computer fraud– 1 count) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about September 22, 2014, and on or about October 1, 2014, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JUDE L. DENIS**

intentionally accessed a computer without authorization and exceeded authorization and thereby obtained information from a protected computer used in and affecting interstate commerce and communication.

In violation of Title 18, United States Code, Section 1030(a)(2), (c)(2)(A).

_for_ _[signature]_
**WILLIAM M. McSWAIN**
**United States Attorney**